STEPHANIE S. CHRISTENSEN
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
MATTHEW O'BRIEN (Cal. Bar No. 261568)
BRIAN FAERSTEIN (Cal. Bar No. 274850)
Assistant United States Attorneys
Environmental and Community Safety Crimes Section
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-8644/3819
     Facsimile: (213) 894-0141
     E-mail:   Matthew.O'Brien@usdoj.gov
               Brian.Faerstein@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>              v.<br><br>JOSE MANUEL PEREZ,<br>  aka "Julio Rodriguez," and<br>STEPHANY PEREZ,<br><br>            Defendants. | No. CR 22-00057(A)-FMO<br><br>[PROPOSED] ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT<br><br>**NEW TRIAL DATE: February 14, 2023**<br><br>**PRE-TRIAL CONFERENCE: February 3, 2023** |

The Court, having carefully considered the Joint Ex Parte Application Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the government and defendant STEPHANY PEREZ on August 4, 2022, and which the Court incorporates herein by reference, and good cause appearing, the Court hereby FINDS AS FOLLOWS:

   1.   The Indictment in this case was filed on February 24, 2022 and made public in the Southern District of California on February

28, 2022. The First Superseding Indictment in this case was filed on March 24, 2022. Defendant JOSE MANUEL PEREZ first appeared before a judicial officer of the court in which the charges in this case were pending on March 28, 2022. The Speedy Trial Act, 18 U.S.C. § 3161, originally required that the trial for defendant JOSE MANUEL PEREZ commence on or before June 6, 2022.

2. Defendant STEPHANY PEREZ first appeared before a judicial officer of the court in which the charges in this case were pending on April 7, 2022. The Speedy Trial Act originally required that the trial for defendant STEPHANY PEREZ commence on or before June 16, 2022.

3. On March 28, 2022, the Court set a trial date of May 24, 2022 for defendant JOSE MANUEL PEREZ. Defendant JOSE MANUEL PEREZ was released on bond but remained detained until on or about May 16, 2022, due to his inability to meet the conditions of his bond.

4. On April 7, 2022, the Court set a trial date of May 31, 2022 for defendant STEPHANY PEREZ, who is released on bond.

5. On April 25, 2022, the Court granted the government's *ex parte* request to continue defendants' trials from May 24 and 31, 2022 to July 26, 2022 and join defendants' trials, and found the interim periods to be excluded in computing the time within which the trial must commence, pursuant to the Speedy Trial Act. The Court also continued its pretrial deadlines (set forth in Dkt. Nos. 28 & 41) in light of the new trial date. (See Dkt. Nos. 53 & 54.)

6. On or about June 5, 2022, without the Court's permission, defendant JOSE MANUEL PEREZ removed the ankle bracelet used for Court-ordered location monitoring. On June 6, 2022, defendant JOSE

2

MANUEL PEREZ failed to appear at a 3:00 p.m. hearing that he had requested regarding his representation in this matter. Later that day, the Court issued a bench warrant for his arrest pursuant to 18 U.S.C. § 3148.

7. On June 15, 2022, while defendant JOSE MANUEL PEREZ was a fugitive, the Court granted the government's and defendant STEPHANY PEREZ's joint ex parte request to continue trial from July 26, 2022 to September 13, 2022, and found the interim periods to be excluded in computing the time within which the trial must commence, pursuant to the Speedy Trial Act. The Court also continued its pretrial deadlines (set forth in Dkt. Nos. 28 & 41) in light of the new trial date. (See Dkt. Nos. 84 & 85.)

8. On or about June 16, 2022, after law enforcement obtained information that he had fled to Mexico, defendant JOSE MANUAL PEREZ was apprehended in Mexico and ultimately made his initial appearance on the Court's bench warrant in the Southern District of California. (See Dkt. No. 86.) Defendant JOSE MANUAL PEREZ was remanded and ordered removed to this District by the U.S. Marshals Service. (See id.) On or about July 15, 2022, defendant JOSE MANUEL PEREZ appeared in this District and was ordered permanently detained based on his alleged pretrial release violations including removing his location monitoring device and absconding from the Court's supervision. (See Dkt. Nos. 90-91.)

9. The parties estimate that the trial in this matter will last approximately five days.

10. Defendant JOSE MANUEL PEREZ is charged with violations of 18 U.S.C. § 371 (Conspiracy), 18 U.S.C. § 545 (Smuggling Goods into

the United States), and 16 U.S.C. §§ 3372(a)(1), 3373(d)(1)(B) (Wildlife Trafficking).  Defendant STEPHANY PEREZ is charged with a violation of 18 U.S.C. § 371 (Conspiracy).

11. There is a large volume of discovery in this matter, due to the fact that this case is one of several criminal matters being prosecuted as part of a larger, ongoing investigation spearheaded by the U.S. Fish and Wildlife Service in 2016 to investigate transnational wildlife smuggling, particularly smuggling from Mexico into the United States.  In this case, the government already has produced voluminous discovery to defendants, including more than 119,000 files, comprising more than 438,000 pages of records and more than 3,000 audio recordings (primarily jails calls), many of which are in Spanish, approximately 486 agents' reports, and numerous search warrants and affidavits issued by courts across the country.  The discovery produced thus far also includes substantial evidence obtained from the search of defendant JOSE MANUEL PEREZ's smartphone pursuant to a search warrant obtained on or about March 1, 2022 in the Southern District of California (S.D. Cal. Case No. 22-MJ-829).  The materials obtained from this smartphone were produced to the defense on July 1, 2022, and comprise approximately 2,700 files in total, including, among other things, approximately 350 audio and/or video files and substantial evidence from text messages and other communications applications, including communications in both English and Spanish.

12. In connection with executing the search warrant for defendant JOSE MANUEL PEREZ's smartphone, the government obtained a roll-back search warrant in this District to search defendant JOSE

4

MANUEL PEREZ's smartphone for evidence relating to the unlawful possession of firearms in violation of 18 U.S.C. §§ 922(g)(1) (felon in possession of firearm) and 922(g)(3) (user of controlled substances in possession of firearm). (Case No. 22-MJ-2510.) The government will produce the results of the search of defendant JOSE MANUEL PEREZ's smartphone pursuant to the roll-back warrant, which comprises additional voluminous evidence, as soon as possible. The government continues to investigate conduct relating to the results of that search. The parties need additional time to evaluate the evidence obtained pursuant to the roll-back warrant and its potential impact on this case.

13. In light of the foregoing, counsel for defendants need additional time to confer with defendants, conduct and complete an independent investigation of the case, conduct and complete additional legal research including for potential pre-trial motions, review the discovery and potential evidence in the case, and prepare for trial in the event that a pretrial resolution does not occur.

14. Defendants' counsel have conferred with defendants regarding defendants' rights under the Speedy Trial Act. Defendant STEPHANY PEREZ believes that failure to grant the continuance would deny her continuity of counsel and adequate representation. Current lead counsel for defendant JOSE MANUEL PEREZ, who anticipates leaving the Federal Public Defender's Office in Los Angeles by or around the end of August 2022 and who will be replaced by new lead counsel at the FPD's Office for defendant JOSE MANUEL PEREZ, takes no position as to the continuance though defendant JOSE MANUEL PEREZ objects following his recent apprehension upon his abscondment.

15. The government does not object to the continuance, and indeed sought the continuance.

16. The continuance is not based on congestion of the Court's calendar, lack of diligent preparation on the part of the attorneys for the government or defendants, or failure on the part of the attorneys for the Government to obtain available witnesses.

17. The ends of justice served by the continuance outweigh the best interest of the public and defendants in a speedy trial.

18. Failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice.

19. The case is so unusual and so complex, due to the nature of the prosecution, the voluminous discovery being produced to defendants in English and Spanish, the fact that this case is one of several related cases nationwide arising out of extensive transnational wildlife trafficking activities, and the newly-discovered evidence relating to potential firearms-related charges, that it is unreasonable to expect preparation for pre-trial proceedings or for the trial itself within the time limits established by the Speedy Trial Act.

20. Failure to grant the continuance would unreasonably deny defendants continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Accordingly, the Court finds that there are facts that support a continuance of the trial dates in this matter, and good cause for

a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is continued from September 13, 2022 to February 14, 2023. The pretrial conference is continued to February 3, 2023. The Court's additional pretrial and discovery deadlines, as detailed in the Court's Case Management Orders (Dkt. Nos. 28 & 41) and prior orders continuing trial (Dkt. No. 53 & 84), are continued as follows:

   a. January 6, 2023: Government's Supplemental Expert Disclosures (if any).

   b. January 20, 2023: Discovery Cutoff; Defendants' Expert Disclosures; Discovery and Pretrial Motions; Jury Instructions; Verdict Forms; Government's Pretrial Exhibit Stipulation; and Government's Supplemental Disclosures.

   c. January 27, 2023: Opposition Briefs; Joint Statement of the Case; Voir Dire Questions; Government's Trial Memorandum; Government's Rule 5(f) Statement.

   d. January 31, 2023: Reply Briefs.

2. For both defendants, the time period of September 13, 2022 to February 14, 2023, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), (h)(7)(B)(iv), and (h)(6).

3. Defendant STEPHANY PEREZ shall appear in Courtroom 6D of the United States Courthouse, 350 W. 1st Street, Los Angeles, California on February 14, 2023 at 9:00 a.m.

//

4. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence.  Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

_____     _____
 DATE                                HONORABLE FERNANDO M. OLGUIN
                                     UNITED STATES DISTRICT JUDGE

Presented by:

     /s/
_____
 BRIAN FAERSTEIN
 Assistant United States Attorney